### TREAT v. CARRINGTON.

An indifferent person to whom a writ is directed to serve, may give bond for prosecution.

The value of public securities payable.on demand, set at the time of the contract.

ACTION on note dated October A. D. 1790, for £304 3s. 5d., payable in state securities on demand, by writ of attachment, directed to Joseph Platt, jr. an indifferent person to serve and return, etc. on which writ of attachment said Platt gave bond for the plaintiff, and served said writ.    Plea in abatement — That said Platt gave bond on said attachment and so not an indifferent person.    Demurrer.

Judgment — That the plea is insufficient.    See Curtice v. Scovel, New London September 1790.    The case was afterwards defaulted and damages given for the value of the securities, at the time of the contract, as the note was payable on demand.